[No. 8391-1-I. Division One. December 15, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79-1-00952-7, Arthur E. Piehler, J., entered January 7, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7650-7-I. Division One. December 15, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY KAYE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87915, Robert E. Dixon, J., entered April 30, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Dore, JJ.

[No. 7443-1-I. Division One. December 15, 1980.]

JIM LITTLEJOHN, ET AL, *Plaintiffs*, WILLIAM J. GRANMO ET AL, *Appellants*, v. GREAT WESTERN UNITED CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 822946, Francis E. Holman, J., entered March 9, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Ringold and Durham, JJ.